A0 442 (Rev. 5/93) Warrant for Arrest

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MINNESOTA*

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

MICHAEL ROBERT PETREIKIS CASE NUMBER: **CR 00-147 PAM**

To: The United States Marshal
and any Authorized United States Officer

0141-1114-0070-D

YOU ARE HEREBY COMMANDED to arrest Michael Robert Petreikis
address unknown

and bring him or her forthwith to the nearest magistrate judge to answer a(n) order of the court

charging him or her with violation of supervised release

Ordered by Paul A. Magnuson, United States District Court Judge

Donna J Daun
(By) Deputy Clerk, Donna J. Daun

November 14, 2000 - St. Paul, Minnesota

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ________________________

Name and Title of Arresting Officer ________________________ Signature of Arresting Officer ________________________

ARRESTED ON 2-18-08
ARRESTED BY USMS - Buffalo, NY
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
MAR 10 2008
U.S. DISTRICT COURT ST. PAUL

n:/.../warrant.frm