OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF NEW YORK
304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NY 14202
(716) 551-4211

RODNEY C. EARLY
CLERK

FAX NO. (716) 551-4850

March 26, 2008

RECEIVED
BY MAIL
MAR 31 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Clerk, U.S. DISTRICT COURT
District of Minnesota
700 Federal Building
316 North Robert Street
St. Paul, MN 55101

Rule 5 Docs

Re: USA v. Michael R. Petreikis
Your Case Number: 00-CR-147-PAM-1
WD/NY Case Number: 08-M-1015

Dear Sir or Madam:

Please acknowledge receipt of the Rule 32.1 Hearing documents in the above-referenced case by signing and returning the enclosed copy of this letter.

Very truly yours,

RODNEY C. EARLY,
CLERK OF THE COURT

By: M. Linda Lewis
Deputy Clerk

Receipt acknowledged of documents herein described.

By:______________________________________
Deputy Clerk

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

Western DISTRICT OF New York

UNITED STATES OF AMERICA

V.

Michael Robert Petreikis
Defendant

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

CASE NUMBER: 08-M-1015

CHARGING DISTRICTS CASE NUMBER: CR 00-147 PAM

I understand that charges are pending in the ______ District of Minnesota alleging violation of Supervised Release (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

(2) **an identity hearing to determine whether I am the person named in the charges;**

(3) **a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and**

(4) **a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) **identity hearing**

( ) **preliminary hearing**

(✓) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.**

[signature]
*Defendant*

[signature]
*Defense Counsel*

2/19/08
*Date*

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By M. Linda Lewis
Clerk
Original Filed 2/19/08

FILED
U.S. DISTRICT COURT
W.D. of N.Y.
2/19/08
AT ____ O'C ____ M.
BY ____
TITLE ____

#3

AO 467 (Rev. 9/03) Order for Defendant to Appear

FILED U.S. DISTRICT COURT W.D. OF N.Y. AT 2/19/08 O'CLOCK M. BY

# UNITED STATES DISTRICT COURT

Western DISTRICT OF New York

UNITED STATES OF AMERICA
V.
Michael Robert Petreikis

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 08-M-1015

CHARGING DISTRICTS CASE NUMBER: CR 00-147 PAM

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ______ District of Minnesota; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the ______
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) ______ on (as directed).
*Date and Time*

Signature of Judge
JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Name and Title of Judge*

2/19/08
*Date*

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By M. Linda Lewis
Clerk

Original Filed 2/19/08

#4

AO 94 (Rev. 12/03) Commitment to Another District

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By M. Lewis
Deputy Clerk

# UNITED STATES DISTRICT COURT

Western District of New York

UNITED STATES OF AMERICA
V.
Michael Robert Petreikis

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR00-147 PAM | 08-M-1015 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint ☒ Other (specify) S'vised Release

**charging a violation of** U.S.C. §

**DISTRICT OF OFFENSE** Minnesota

**DESCRIPTION OF CHARGES:** Std Conditions #3 and #6

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes Language:

Western **DISTRICT OF** New York

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/19/08
Date

Jeremiah J. McCarthy
Judge
JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

CLOSED_2008

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-01015-JJM-1

Case title: USA v. Petreikis
Other court case number: 00-CR-147-PAM-1 District Court of Minnesota

Date Filed: 02/19/2008
Date Terminated: 02/19/2008

---

Assigned to: Hon. Jeremiah J. McCarthy

**Defendant (1)**

**Michael R. Petreikis**
*TERMINATED: 02/19/2008*

represented by **Kimberly A. Schechter**
Federal Public Defender Office
300 Pearl Street
Suite 450
Buffalo, NY 14202
(716) 551-3341
Fax: 716-551-3346
Email: Kimberly_Schechter@fd.org
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By M. Linda Lewis
Deputy Clerk

**Complaints**

Rule 5 Arrest-Out, USDC, District of Minnesota (Violation of Supervised Release)

**Disposition**

2-19-08: Deft remanded to U.S. Marshal Service for transport to District of Minnesota for further proceedings

---

**Plaintiff**

**USA**
*TERMINATED: 02/19/2008*

represented by **Edward H. White**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5862
Fax: 716-551-3146
Email: edward.h.white@usdoj.gov
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2008 | | Arrest (Rule 5) of Michael R. Petreikis (LL) (Entered: 03/24/2008) |
| 02/19/2008 | 1 | Minute Entry for proceedings held before Hon. Jeremiah J. McCarthy:Initial Appearance in Rule 5(c)(3) Proceedings as to Michael R. Petreikis held on 2/19/2008, Location start (LC) as to Michael R. Petreikis. Deft advised of his rights including right to counsel. Deft reqs ct app atty. Deft sworn, examined and determined eligible -- FPF OFFICE (KIMBERLY A. SCHECHTER, AFPD) ASSIGNED. Deft advised of his right to PE. Deft concedes there is probable cause. Deft ordered to be transferred to USDC, District of Minnesota. Deft ordered to be transferred to prosecuting district for further proceedings for opportunity to contest violation report. Gov't oral motion for detention. Deft not seeking bail and reserves bail issue to prosecuting district. Deft remanded to custody of USMS for transport to prosecuting district. Rule 5 docs executed. AUSA E. White, K Schechter w/deft and USPO I. Fox (LL) (Entered: 03/24/2008) |
| 02/19/2008 | 2 | CJA 23 Financial Affidavit by Michael R. Petreikis. (LL) (Entered: 03/24/2008) |
| 02/19/2008 | 3 | WAIVER of Rule 5(c)(3) Hearing by Michael R. Petreikis (LL) (Entered: 03/24/2008) |
| 02/19/2008 | 4 | ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION as to Michael R. Petreikis. Signed by Hon. Jeremiah J. McCarthy on 2/19/08.(LL) (Entered: 03/24/2008) |

| | | |
|---|---|---|
| 02/19/2008 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Michael R. Petreikis. Defendant committed to District of Minnesota.. Signed by Hon. Jeremiah J. McCarthy on 2/19/08.(LL) (Entered: 03/24/2008) |
| 02/19/2008 | | Deft remanded to U.S. Marshal Service for transport to District of Minnesota for further proceedings. (LL) (Entered: 03/26/2008) |
| 03/26/2008 | | Remark : Rule 5 documents sent to District of Minnesota. (LL) (Entered: 03/26/2008) |