**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 00-147 (PAM) |
| | ) | Date: March 31, 2008 |
| MICHAEL ROBERT PETREIKIS, | ) | Court Reporter: NA |
| | ) | Tape Number: 213-1495/2031 |
| Defendant. | ) | Time Commenced: 1:40 p.m. |
| | ) | Time Concluded: 1:45 p.m. |
| | ) | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Lyonel Norris, Assistant Federal Public Defender

☒ To Be Appointed

Interpreter / Language: None / English

Date Charges Filed: 11/7/00 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered

Next appearance date is 4/2/08 at 11:00 a.m. before U.S. Magistrate Judge Janie S. Mayeron in Mpls. 8E for:

☒ Detention Hearing ☒ Preliminary Revocation Hearing

s/KH
Judicial Assistant