UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-147(PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROBERT PETREIKIS,<br><br>Defendant. | ORDER OF DETENTION |

This matter was before the Court on April 2, 2008, for a preliminary hearing on alleged violations of defendant's supervised release, and a hearing on the government's motion for detention. Assistant United States Attorney Nathan Petterson appeared for the government. Douglas Olson, Assistant Federal Defender, appeared for the defendant, who was present in court.

Probable cause was found and defendant was bound over for a final revocation hearing, which is scheduled before United States District Court Senior Judge Paul A. Magnuson, on April 9, 2008, at 2:30 p.m. Based upon the evidence adduced, the arguments of counsel, and all the files and proceedings herein, the Court also grants the government's motion for detention pending that hearing.

**FINDINGS OF FACT**

Defendant was convicted in the District of New Hampshire of making a false statement. After serving his sentence, in May 2000, jurisdiction for his supervised release was transferred to the District of Minnesota.

Standard Condition #3 requires that the defendant answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. Standard Condition #6 requires that the defendant notify the probation officer ten days prior to any change in residence or employment.

Defendant was last seen by a probation officer in August 2000. In October 2000, the probation officer mailed a letter to defendant directing him to telephone the probation office. There was no response. Defendant’s whereabouts were unknown to the probation office since at least November 2000.

Defendant was arrested in the Western District of New York on February 19, 2008.

**CONCLUSIONS OF LAW**

Based upon the foregoing findings of fact, the Court concludes that no condition or combination of conditions of release will reasonably assure the appearance of defendant as required.

For the foregoing reasons,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention without bond of defendant is GRANTED, and the defendant shall be detained pending the final revocation hearing;

2. The defendant is committed to the custody of the United States Marshals for confinement in a correctional facility

separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: April 7, 2008

s/ Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge