**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Michael R. Petreikis,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 00-147 PAM
Date: April 9, 2008
Court Reporter: Ron Moen
Tape Number:
Time Commenced: 2:30 p.m.
Time Concluded: 2:45 p.m.
Time in Court: Hours & 15 Minutes

APPEARANCES: Micheal R. Petreikis

Plaintiff: Jeffrey Paulsen, Assistant U.S. Attorney
Defendant: Lyonel Norris ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☒ Defendant appeared and requested new counsel be appointed.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☐ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☒ The proceedings are continued until new counsel is appointed.
☒ Defendant is remanded to custody of the U.S.Marshal.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☐ Defendant is sentenced to:
☐ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk