# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

United States of America,

v.

**FINAL REVOCATION OF SUPERVISED RELEASE NOTICE**

**Case Number Crim. 00-147 (PAM)**

Michael R. Petreikis,

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom 13W
300 South Fourth St.
Minneapolis, Minnesota 55415

**Before the Honorable Paul A. Magnuson on Thursday, May 15, 2008 @ 4:00 P.M. for final revocation of supervised release/sentencing.**

RICHARD SLETTEN, CLERK

Dated: April 18, 2008

*s/Suzanne M. Ruiz*
Suzanne M. Ruiz, Calendar Clerk

cc: Jeffrey Paulsen - A.U.S.A.
Robert Davis
U.S. Marshal
U.S. Probation
U.S. Pretrial Services