UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-147(PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL R. PETREIKIS, Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-147(PAM)

Defendant Name

Michael R. Petreikis

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Nathan P. Petterson

Dated: April 21, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332