**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Michael R. Petreikis,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Paul A. Magnuson<br>U.S. District Judge<br><br>Case No: Criminal 00-147 PAM<br>Date: May 15, 2008<br>Court Reporter: Colleen Sichko<br>Tape Number:<br>Time Commenced: 4:00 p.m.<br>Time Concluded: 4:30 p.m.<br>Time in Court: Hours & 30 Minutes |

## APPEARANCES: Micheal R. Petreikis

Plaintiff: Nathan Petterson, Assistant U.S. Attorney
Defendant: Robert Davis ☐ FPD ☒ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☒ Defendant appeared and requested new counsel be appointed.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☒ The proceedings are continued until new counsel is appointed.
☒ Defendant is remanded to custody of the U.S.Marshal.
☒ Defendant sentenced to custody for 9 months. Upon release to resume term of supervised release with all previous terms and conditions as well as the addt'l conditions imposed at this proceeding.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☐ Defendant is sentenced to:
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk