# UNITED STATES DISTRICT COURT

## District of Minnesota

# NOTICE OF APPEAL

USCA 8 NO ____________

United States of America

Plaintiff

vs

Michael R. Petreikis

Defendant

Number

00-cr-147(PAM)
District Court Docket

Paul Magnuson
District Court Judge

Notice is given that Michael R. Petreikis appeals to the United States Court of Appeals for the Eighth Circuit from the xxx Judgment & Commitment Order (Specify) entered in this action on May 19, 2008

| | |
|---|---|
| /s/ Robert G. Davis | Robert G. Davis, MN Atty # 123481 |
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| 270 N. Grain Exchange Building<br>301 South Fourth Street | ( 612 ) 677-8354 |
| Street Address/Room Number | Telephone Number |
| Minneapolis, Minnesota 55415-1032 | May 23, 2008 |
| City State Zip | Date |

## TRANSCRIPT ORDER FORM

**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

Please Prepare a transcript of:

- Pre-trial proceedings
- Testimony or
- Portions thereof ____________
- Sentencing
- xxx Post Trial Proceedings Revocation
- xxx Other (Specify) Hearings on May 15, 2008

I am not ordering a transcript because

- Previously filed
- Other (Specify) ____________

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, __xxx____ CJA Form 24 completed & submission pending

/s/ Robert G. Davis — May 23, 2008

Attorney's Signature — Date

**NOTE: Complete All Items on Reverse Side**

**INFORMATION SHEET**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

1. Defendant's Address : c/o United States Marshall's Service or Sherburne County Jail
US Courthouse, 300 S. 4th St. Elk River, Minnesota
Minneapolis, Minnesota 55415

2. Date of Verdict: N/A Jury Non-Jury

Offenses: False Statement
18 USC 1001

Trial Testimony - Number of days N/A Bail Status: detained

3. Sentence and Date Imposed: May 15, 2008—Revocation Hearing and sentencing
9 months custody of BOP, Sup. Rel. continued for full term

4. Appealing: Sentence xx Conviction

Challenging: Application of Sentencing Guidelines
Constitutionality of Guidelines
Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: May 23, 2008
Stenographer in Charge : (Name, Address, Phone)
Colleen Sichko, c/o Shaddix Rptrs
Suite 122, 9100 W. Bloomington Fry
Bloomington, MN 55431
(952) 888-7687

6. Trial Counsel Was: xx Appointed (no fee required) Retained (filing fee $255 unless IFP granted)

Does Defendant's financial status warrant appointment of counsel on appeal?

xx Yes No

Affidavit of Financial Status filed: N/A—previous appointment

Is there any reason why trial counsel should not be appointed as counsel on appeal?

Yes No xx

7. Assistant US Attorney Name(s) and Phone Number: Nathan Petterson, AUSA
(612) 664-5600

**Court Reporter Acknowledgment**

| Date Order Received | Estimated Completion Date | Est. Number of Pages |
|---|---|---|

| Court Reporter Signature | Date |
|---|---|