**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

United States of America,
Plaintiff(s)

v.

Michael R. Petreikis,
Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: 00-cr-147 (PAM)

I hereby certify that on May 23, 2008, I caused the following documents:

Notice of Appeal

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Nathan Petterson, AUSA

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be delivered to the following non-ECF participants:

Colleen Sichko, Court Reporter

Dated: May 23, 2008

/s/ Robert G. Davis______________
Robert G. Davis, MN Atty # 123481
Suite 270 N. Grain Exchange Building
301 Fourth Avenue South
Minneapolis, MN 55415-1032
(612) 677-8354