# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Michael R. Petreikis CR 00-147- PAM

2. Defendant and Address: Reg No. 15041-112
Sherburne County Jail
13880 Highway 10
Elk River, MN 55330

3. Date of verdict: (X) N/A - Appealing Sentence on Violation of Supervised Release

4. Appealing: (X) Both Sentence and Conviction

5. Sentence: Custody of BOP for 9 months

6. Date sentence imposed: 05/25/08

7. Defendant incarcerated? (X) Yes

8. Financial Status: Fee paid? (X) N/A Counsel appointed

9. Notice of Appeal was filed on 05/23/08

10. Court Reporter: Colleen Sichko
Janet Shaddix & Assoc.
Suite 122
9100 West Bloomington Freeway
Bloomington, MN 55431
PHONE # 952-888-7687

Ron Moen
13011 82nd Ave. N
Maple Grove, MN 55369-7311
PHONE# 763-420-6320

11. Trial Counsel: Robert G. Davis
270 N. Grain Exchange Bldg
301 Fourth Ave S.
Minneapolis, MN 55415-1032
PHONE # 612-677-8300

12. Trial counsel was: (X) Appointed

Is there any reason why trial counsel should not be appointed on appeal? (X) No

13. Assistant U.S. Attorney: Nathan P. Petterson PHONE #: (612) 664-5600

14. List of other defendants in this case & disposition:

N/A

15. Additional Comments:

**Probation- No PSI, addendums and Statement of Reasons needed for this appeal.**

Prepared by: las