# UNITED STATES DISTRICT COURT
## District of Minnesota

COPY

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL SHEET

**Date:** June 12, 2008

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Leah E. Gilgenbach, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **08-2248**

**District Court Number:** CR 00-147 PAM **Michael Robert Petreikis**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(x) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received RECEIVED

By: JUN 13 2008

U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

Returned to District Court

Date: RECEIVED

By:

JUN 16 2008

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
JUN 16 2008
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 08-2248

vs.

Michael Robert Petreikis — Criminal No. 00-147 PAM

RECEIVED
JUN 13 2008
U.S Court of Appeals
Eighth Circuit-St. Paul MN

Date delivered to U.S.C.A.: 6/13/08

Prepared by: leg

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Michael Robert Petreikis**

U.S.C.A. #: 08-2248
District Court #: Criminal 00-147 PAM

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | Indictment from the District of New Hampshire | 6/15/00 | 1-6 |
| 2. | Judgement from the District of New Hampshire | 6/15/00 | 7-13 |
| 3. | Petition and Order on Supervised Release Violation | 11/14/00 | 14 |
| 4. | Judgment for Revocation of Supervised Release | 5/19/08 | 15-18 |
| 5. | Notice of Appeal | 5/23/08 | 19-21 |
| 6. | Public Docket Sheet | | 22-25 |